**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **11-cv-03024-RPM**

**COLORADO CASUALTY INSURANCE COMPANY,**

    Plaintiff,

v.

**PIONEER GENERAL INSURANCE COMPANY, and
WESTERN SURETY COMPANY**

    Defendants.

_____

**ORDER DISMISSING PIONEER GENERAL INSURANCE COMPANY**
_____

This matter comes on for determination upon a Stipulation for Dismissal with Prejudice of Plaintiff's claims against Pioneer General Insurance Company and the Court being duly advised in the premises,

ORDERS that Plaintiff's Complaint against Pioneer General Insurance Company is dismissed, with prejudice, the parties to pay their own attorneys' fees and costs.

DATED this 15th day of March, 2012.

                BY THE COURT

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge