IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03024-RPM-CBS

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

WESTERN SURETY COMPANY,

    Defendant.

_____

ORDER GRANTING MOTION TO COMPEL
_____

On June 29, 2012, defendant Western Surety Company filed a Motion to Compel Responses to Defendant's First Set of Written Discovery to Plaintiff [19] to which plaintiff responded July 20, 2012 [20] and the defendant replied on August 3, 2012 [22], the motion to compel has been resisted on the contention that the defendant's affirmative defenses are inapplicable in this claim for recovery on the subject Bonds and that the information sought from personnel files should not be disclosed without a release from the employee. In its reply, Western Surety has agreed to limiting the portion of the personnel files it seeks and agrees to an appropriate protective order. The viability of the affirmative defenses to equitable subrogation does not determine the scope of discovery. It is

ORDERED that the defendant's motion to compel is granted with the modifications agreed to in its reply.

Dated: August 13th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge