IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03024-RPM-CBS

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

WESTERN SURETY COMPANY,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [25] filed September 10, 2012, it is

ORDERED that plaintiff's complaint against Defendant Western Surety Company is dismissed with prejudice, each party to pay their own costs.

Dated: September 11th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge